WILLIAM H. JERNIGAN VS. LUTHER & CO.

*McLeod & Broome* for Plaintiff in Error.

*J. J. Finley* for Defendants in Error.

DuPONT, C. J., delivered the opinion of the Court.

This case was heard at the term of the Supreme Court held
at Lake City in February last; and the assignment of errors

and the facts of the case are identical with those of the case of Adam A. Ochus vs. *Sheldon, Hoyt & Co*, with the exception that no objection is made on account of the Judge being interested in the result.

The conclusion arrived at, and the views expressed upon the two first errors assigned in that case, are conclusive of this case, and it is unnecessary to reiterate them.

Let the judgment of the Court below be affirmed with costs.